PREGERSON, Circuit Judge,
concurring:
I concur in the memorandum disposition, but write separately to address Kara-dimos’s eighteen-month sentence for nonviolent copyright infringement. There is no evidence in the record that copyright owners suffered any actual pecuniary harm. The record discloses Karadimos’s extraordinary family circumstances and other mitigating factors, some of which the district court considered. Karadimos has accepted responsibility for his misdeeds. He pled guilty to the single count of copyright infringement. He was released on his own recognizance on the date he was indicted. He has not committed any further offenses.
Karadimos’s daughter, born after Kara-dimos’s copyright infringement ended, was abandoned by her mother shortly after her birth. Since then, Karadimos has been the sole caretaker of his daughter and has dedicated his life to raising her. I cannot see how society will benefit from putting Karadimos in prison for eighteen months and depriving his young daughter of her loving father’s care.